UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JAN 26  P 1: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DIRECTV, INC., <br><br> Plaintiff <br><br> v. <br><br> JOSEPH GRYBOSKI, <br><br> Defendant | Civil Action 03-12255-WGY |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendant, Joseph Gryboski.

Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848

### Certificate of Service

I hereby certify that a copy of the foregoing has been served on plaintiff's counsel by mailing same via first class mail, postage prepaid, to John M. McLaughlin, Esquire, McLaughlin Sacks LLC, 31 Trumbull Rd., Northampton, MA 01060.

Dated: 1/23/04