AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
2004 FEB 10 P 12: 31

DISTRICT COURT

DIRECTV, Inc.

v.

Joseph Gryboski

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 12255 WGY

TO: (Name and address of Defendant)

Joseph Gryboski
19 Marsh Ave
Newbury, MA 01951

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

NOV 1 4 2003

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

NAM

C

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

December 18, 2003

I hereby certify and return that on 12/17/2003 at 10:38 am I served a true and attested copy of the summons, civil cover sheet, corporate disclosure, and complaint in this action in the following manner: To wit, by delivering in hand to Joseph Gryboski at 19 Marsh Avenue Newbury, MA 01951. Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($17.60), Postage and Handling ($1.00), Copies ($5.00) Total Charges $58.10

*Deputy Sheriff*

Deputy Sheriff Paul Weiner

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date              Signature of Server

                                   _____
                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.