UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, Inc, <br><br> Plaintiff, <br> v. <br><br> JOSEPH GRYBOSKI, <br> Defendant | ) <br> ) <br> ) CIVIL ACTION 03-12255-WGY <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Joseph Gryboski, hereby depose and state on oath:

1. My name is Joseph Gryboski. I am the defendant in this action. I make this affidavit on personal knowledge.

2. As far as I can recall, I did not purchase, receive, or possess the devices which are described in the complaint. I do not recall ever doing business with a company called "DSS-Pro."

3. Around the time I am alleged to have purchased the devices described in the complaint, I did purchase one "smart card reader" over the internet, which I intended to use to decipher information contained on a new credit card I had obtained from American Express. I was not successful in doing this and I promptly threw the "reader" away. I doubt that this is one of the devices described in the complaint, as I do not recognize any of the names of those devices and, as said, I do not ever recall doing business with "DSS-Pro."

4. **I have never intercepted**, attempted to intercept, or assisted others in intercepting **DirecTV's satellite signal.** I have never distributed any devices which I knew or had reason to know were primarily designed to intercept DirecTV's satellite signal without authorization. I never assembled, manufactured, or modified any devices knowing or having reason to know that the devices created were primarily designed to intercept DirecTV's signal without authorization. I never owned, possessed, downloaded, or otherwise had access to any software in connection with intercepting a DirecTV signal or **in modifying any device in order to intercept a DirecTV signal.**

5. I have not had any education or vocational training in electronics, computers, or smart card technology. I do not know what would be involved in attempting to intercept DirecTV's satellite signal.

6. I was a DirecTV subscriber until sometime in 2001. I canceled my subscription because the quality of the service was poor and I was often not able to reach customer service. I promptly discarded my DirecTV equipment. I have subscribed to Cable TV continuously since that time.

I hereby state on oath that the foregoing statements are true and correct to the best of my knowledge and belief.

_____
Joseph Gryboski

COMMONWEALTH OF MASSACHUSETTS

County of Essex

Then personally appeared before me Joseph Gryboski, who is personally known to me or who produced ___MA Drivers Lic.___ as identification and made oath that the matters contained in the foregoing affidavit are true and correct and that he signed same as his free act and deed.

*Patricia McNaraker*
Notary Public
M.C.E.

Dated: 9/3/04