```
DTV                         Show Comments                    05/14/03 03:39

Acct No:     000185680 Name: JOESEPH GRYBOSKI              Status: DISC
*Comment Type: ACCT    *Reason Code: 0300  Transferred/Referred Customer
*DSS Card:              Date: 07/23/2001 Time: 09:31 PM CSR ID: 10011989
COMMENT:
+---------------------------------------------------------------------
+

|DISCONNECT
|
|HAS CABLE
|
|AWARE OF COMMENT AND TRANS
|
|
|
|
|
|
|
|
|
|
|
|
|
|
|
|
|
+---------------------------------------------------------------------
```