UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action 03-12255-WGY |
| | ) | |
| | ) | |
| JOSEPH GRYBOSKI, | ) | |
| | ) | |
| Defendant | ) | |

## DEFENDANT'S COMPENDIUM OF UNPUBLISHED AUTHORITIES

A. DirecTV, Inc. v. Bush, Civil Action No. H-03-1765 (S.D. Tex., Oct. 24, 2003)

B. DirecTV, Inc. v. McFadden, Case No. 1:02-CV-924 (W.D. Mich., Oct. 22, 2003)

C. DirecTV, Inc. v. Garnett, C.A. NO. C-03-346 (S.D.Tex., Feb. 26, 2004)

D. DirecTV, Inc. v. Fisher, C/A No. 6:02-3197-18 (D.S.C., Aug. 18, 2003)

E. DirecTV, Inc. v. Harnatkiewicz, C/A No. 6:02-3198-18 (D.S.C., Aug. 19, 2003)

F. DirecTV, Inc. v. Stewts, Civil Action No. 1:03-CV-307 (E.D.Tex., April 19, 2004)

G. DirecTV, Inc. v. Luther, Case No. 4:03CV201 (E.D.Tex., June 17, 2004).