UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, Inc. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Joseph Gryboski )<br>)<br>Defendant ) | Case No.: 03-12255-WGY<br><br>**ASSENTED-TO PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** |

**NOW COMES** Plaintiff, DIRECTV, Inc., to the above-captioned case respectfully requests that this Court extend time to respond to Defendant's Motion for Summary Judgment until 21 days after a mediation hearing.

As grounds, the Plaintiff states:

1. That the existing March 15, 2004 Order calls for mediation in September 2004;
2. Plaintiff contends that resolution is possible during mediation; saving considerable attorney fees to both parties.
3. Defendant's Counsel assents to this motion.

---

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's counsel certifies that he has contacted the Defendant's Counsel and Defendant's Counsel assents to this motion.

Page   1

Plaintiff also requests that said mediation be scheduled.

                                                Respectfully Submitted for the Plaintiff,
                                                DIRECTV, Inc.
                                                By Its Attorney

9/21/04
Date

John M. McLaughlin (BBO: 556328)
**GREEN, MILES, LIPTON & FITZ-GIBBON**
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 21st day of September 2004, a copy of the foregoing Plaintiff's motion for extension of time and supporting affidavit were mailed via electronic notice to:

Attorney Kenneth D. Quat
ken@quatlaw.com

_____
John M. McLaughlin, Esq.