UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, Inc.<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph Gryboski<br><br>    Defendant | Case No.: **03-12255-WGY**<br><br>**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S ASSENTED-TO PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** |

Now comes the Affiant, and makes this his sworn statement, under the pains and penalties of perjury, of his own personal knowledge:

1. The undersigned, John M. McLaughlin, represents the Plaintiff in the above-entitled action.

2. I am a member of the Law Firm of Green, Miles, Lipton & Fitz-Gibbon;

3. The existing March 15, 2004 Order calls for mediation in September 2004;

4. Resolution is possible during mediation; saving considerable attorney fees to both parties; and

5. Defendant's Counsel assents to this motion.

Subscribed and sworn to, under the pains and penalties of perjury, the 21st day of September 2004.

                                              John M. McLaughlin
                                              Green, Miles, Lipton & Fitz-Gibbon
                                              P.O. Box 210
                                              77 Pleasant Street
                                              Northampton, MA 01061-0210
                                              Telephone: (413) 586-0865
                                              BBO No. 556328