**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

                 Plaintiff(s)

   V.                                          CIVIL ACTION

                                                                        NO. _____

                 Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]   On _____ I held the following ADR proceeding:

        SCREENING CONFERENCE        EARLY NEUTRAL EVALUATION
        MEDIATION                             SUMMARY BENCH / JURY TRIAL
        MINI-TRIAL                            SETTLEMENT CONFERENCE

       All parties were represented by counsel [except _____]

       The parties were    /were not    present in person or by authorized corporate officer [except _____].

       The case was:

[ ]   Settled.  Your clerk should enter a _____ day order of dismissal.

[ ]   There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

_____
DATE