# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (Eastern Division)

| | | |
|---|---|---|
| **DIRECTV, INC.** | ) | Case No.: **03-12255-WGY** |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| vs. | ) | |
| | ) | |
| **Joseph Gryboski** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

The parties hereby agree and stipulate pursuant to Fed.R.Civ.P. 41(1)(a)(i) that this action

shall be dismissed without prejudice and without costs or attorney's fees to either party, both

parties waiving all rights of appeal.

Plaintiff, by:

/s/John M. McLaughlin
Green Miles Lipton & Fitzgibbon
77 Pleasant St., P.O. Box 210
Northampton MA 01061
Telephone:  (413) 586-0865
BBO No. 556328

Defendant, by:

/s/Kenneth D. Quat
9 Damonmill Square, Suite 4A-4
Concord, MA  01742
978-369-0848
BBO 408640